No. 04–1147. BUDDE *v.* HARLEY-DAVIDSON, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 04–1167. SALEH *v.* GONZALES, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 04–1184. STARK ET UX. *v.* EMC MORTGAGE CORP. C. A. 8th Cir. Certiorari denied.

No. 04–1185. BREITINGER ET AL. *v.* NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–1215. LEWIS *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–1234. THURLOW, PERSONAL REPRESENTATIVE OF THE ESTATE OF HAASE, DECEASED *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1235. TOLBERT, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TOLBERT, A DECEASED MINOR *v.* TOLBERT, AS ADMINISTRATOR OF THE ESTATE OF KEY, DECEASED. Sup. Ct. Ala. Certiorari denied.

No. 04–1266. SKELDON *v.* GONZALES, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 04–1278. KLIMAS *v.* DEPARTMENT OF THE TREASURY ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1287. TEXAS *v.* VALDEZ. Ct. Crim. App. Tex. Certiorari denied.

No. 04–7596. MANESSIS *v.* NEW YORK CITY DEPARTMENT OF TRANSPORTATION ET AL. C. A. 2d Cir. Certiorari denied.